UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMES ROBERT BROSNAN AS EXECUTOR OF
THE ESTATE OF STEPHEN M. BROSNAN and
KEVIN C. HUSTON,

                                Plaintiffs,
-against-

MAUREEN E. ROBERTS and KATHERINE M.
ROBERTS,

                                Defendants.
-----------------------------------------------------------------X

CIVIL ACTION NO:
1:19-cv-00860 (LEK/CFH)

**STIPULATION OF
SETTLEMENT AND
PARTIAL DISMISSAL**

WHEREAS, this action was commenced by Summons and Complaint on July 17, 2019, for alleged personal injuries sustained by plaintiffs on or about October 23, 2017.

WHEREAS, Plaintiff Stephen Michael Brosnan died July 14, 2020;

WHEREAS, JAMES ROBERT BROSNAN, his brother, petitioned the Court to be appointed Executor of his Estate, through a petition filed with the Surrogates Court, State of North Carolina, County of Buncombe, Index Number: 2020E 001256;

WHEREAS, JAMES ROBERT BROSNAN was appointed Executor of the Estate on August 14, 2020 (Unlimited Letters Testamentary attached hereto as "**Exhibit A**");

WHEREAS, James Robert Brosnan, as Executor of the Estate of Stephen M. Brosnan, was substituted as plaintiff on behalf of Steven Michael Brosnan by Stipulation and Order dated December 4, 2020 (Doc. 22);

WHEREAS, at a settlement conference held on February 10, 2021, the parties agreed to a settlement of that portion of the personal injury action associated with the claim of JAMES

ROBERT BROSNAN AS EXECUTOR OF THE ESTATE OF STEPHEN M. BROSNAN for the sum of $85,000.00.

NOW THEREFORE,

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel that the claim of Plaintiff, JAMES ROBERT BROSNAN AS EXECUTOR OF THE ESTATE OF STEPHEN M. BROSNAN will be partially dismissed pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, with prejudice, upon the following terms.

1. The execution by JAMES ROBERT BROSNAN AS EXECUTOR OF THE ESTATE OF STEPHEN M. BROSNAN of a General Release for Bodily Injury, relieving defendants from any and all claims, liabilities and causes of action related to or arising out of any and all of the events set forth in the complaint in the above-captioned action.

2. In return for the execution of the General Release for Bodily Injury, Defendants will provide a check payable to Plaintiff's attorney jointly with the Estate of Michael Brosnan in the sum of $85,000.00.

3. This conditional stipulation and partial dismissal will become a final partial dismissal within 30 days of execution by the Court, unless a party submits an application for further extension to the Court.

4. Upon this conditional stipulation becoming final, pursuant to Rule 15 of the Federal rules of Civil Procedure, the parties hereby provide written consent, or seek the Court's leave, to amend the caption in this matter to reflect the removal of the estate plaintiff as follows:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X     CIVIL ACTION NO:
KEVIN C. HUSTON,                                                                      1:19-cv-00860 (LEK/CFH)

                              Plaintiffs,
     -against-

MAUREEN E. ROBERTS and KATHERINE M.
ROBERTS,

                              Defendants.
-------------------------------------------------------------------X

Dated: Bedford Hills, New York
         February 23, 2021

*/s/ Gary A. Cusano*

LAW OFFICE OF GARY A. CUSANO PC          SMITH DOMINELLI & GUETTI LLC
*Attorney for Plaintiff*                                         *Attorneys for Defendants*
JAMES ROBERT BROSNAN AS EXECUTOR   MAUREEN E. ROBERTS and
OF THE ESTATE OF STEPHEN M.                       KATHERINE M. ROBERTS
BROSNAN                                                              449 New Karner Road
483 Cherry Street                                                  Albany, New York 12205
Bedford Hills, New York 10507                            (518) 250-4888
(914) 902-5203

THE STIPULATION AND PARTIAL DISMISSAL IS SO ORDERED:

Dated: March 09, 2021

*/s/ Lawrence E. Kahn*
Lawrence E. Kahn
Senior U.S. District Judge

| STATE OF NORTH CAROLINA | File No. 2020 E 001256 |
|---|---|
| BUNCOMBE County | In The General Court Of Justice Superior Court Division Before the Clerk |

**IN THE MATTER OF THE ESTATE OF:**

Name
STEPHEN MICHAEL BROSNAN

**LETTERS**

TESTAMENTARY

G.S. 28A-6-1; 28A-6-3; 28A-11-1; 36C-2-209

The Court in the exercise of its jurisdiction of the probate of wills and the administration of estates, and upon application of the fiduciary, has adjudged legally sufficient the qualification of the fiduciary named below and orders that Letters be issued in the above estate.

The fiduciary is fully authorized by the laws of North Carolina to receive and administer all of the assets belonging to the estate, and these Letters are issued to attest to that authority and to certify that it is now in full force and effect.

Witness my hand and the Seal of the Superior Court.

| Name And Address Of Fiduciary 1 | Date Of Qualification |
|---|---|
| JAMES ROBERT BROSNAN 2402 ALABAMA AVENUE DURHAM NC 27705 | 08/14/2020 |
| | Clerk Of Superior Court STEVEN D COGBURN |
| Title Of Fiduciary 1 EXECUTOR | EX OFFICIO JUDGE OF PROBATE |
| Name And Address Of Fiduciary 2 | Date Of Issuance 08/14/2020 |
| | Signature |
| Title Of Fiduciary 2 | [X] Deputy CSC  [ ] Assistant CSC  [ ] Clerk Of Superior Court |

SEAL

**NOTE:** *This letter is not valid without the official seal of the Clerk of Superior Court.*

AOC-E-403, Rev. 7/06
© 2006 Administrative Office of the Courts